Monday, February 13, 2017

No. 16–0482/AF. U.S. v. Blake E. Taylor. CCA 38700. On further consideration of the granted issue, 75 M.J. 404 (C.A.A.F. 2016), and in light of *United States v. McClour*, 76 M.J. 23 (C.A.A.F. 2017), it is ordered that the judgment of the United States Air Force Court of Criminal Appeals is hereby affirmed.

No. 16–0490/MC. U.S. v. Jonathan A. Lopez. CCA 201400289. On further consideration of the granted issue, 75 M.J. 467 (C.A.A.F. 2016), and in light of *United States v. McClour*, 76 M.J. 23 (C.A.A.F. 2017), it is ordered that the judgment of the United States Navy–Marine Corps Court of Criminal Appeals is hereby affirmed.

No. 16–0565/MC. U.S. v. Dalton C. Nickens. CCA 201500142. On further consideration of the granted issue, 75 M.J. 437 (C.A.A.F. 2016), and in light of *United States v. McClour*, 76 M.J. 23 (C.A.A.F. 2017), it is ordered that the judgment of the United States Navy–Marine Corps Court of Criminal Appeals is hereby affirmed.

No. 16–0579/AF. U.S. v. William P. Smith, Jr. CCA 38728. On further consideration of the granted issue, 75 M.J. 452 (C.A.A.F. 2016), and in light of *United States v. McClour*, 76 M.J. 23 (C.A.A.F. 2017), it is ordered that the judgment of the United States Air Force Court of Criminal Appeals is hereby affirmed.

No. 16–0588/NA. U.S. v. Adam S. Nelms. CCA 201400369. On further consideration of the granted issue, 75 M.J. 460 (C.A.A.F. 2016), and in light of *United States v. McClour*, 76 M.J. 23 (C.A.A.F. 2017), it is ordered that the judgment of the United States Navy–Marine Corps Court of Criminal Appeals is hereby affirmed.

No. 16–0663/MC. U.S. v. Travis V. Nauta. CCA 201500244. On further consideration of the granted issue, 75 M.J. 466 (C.A.A.F. 2016), and in light of *United States v. McClour*, 76 M.J. 23 (C.A.A.F. 2017), it is, ordered that the judgment of the United States Navy–Marine Corps Court of Criminal Appeals is hereby affirmed.

No. 16–0674/AF. U.S. v. James M. Kmet. CCA 38755. On further consideration of the granted issue, 75 M.J. 452 (C.A.A.F. 2016), and in light of *United States v. McClour*, 76 M.J. 23 (C.A.A.F. 2017), it ordered that the judgment of the United States Air Force Court of Criminal Appeals is hereby affirmed.

No. 16–0689/AF. U.S. v. Charles D. Buford. CCA 2016–04. On further consideration of the petition for grant of review of the decision of the United States Air Force Court of Criminal Appeals on appeal by the United States under Article 62, Uniform Code of Military Justice, 10 U.S.C. § 862, and the granted specified issue, it is noted that the court below has neither affirmed nor reversed the ruling of the